No. 509, October Term, 1962. REED v. THE YAKA ET AL., 373 U. S. 410. The motion of American Marine Institute, Inc., et al. for leave to file a brief, as *amici curiae,* is granted. Petition for rehearing denied. *Vernon S. Jones, James B. Magnor, J. Ward O'Neill, Mahlon Dickerson, J. Stewart Harrison, Scott H. Elder* and *Gilbert R. Johnson* for American Marine Institute, Inc., et al.

No. 482, October Term, 1962. LOCAL No 207, INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL AND ORNAMENTAL IRON WORKERS UNION, ET AL. v. PERKO, 373 U. S. 701; and

No. 541, October Term, 1962. LOCAL 100, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES, v. BORDEN, 373 U. S. 690. Petitions for rehearing denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of these petitions.

No. 1074, October Term, 1962. LAFAZIA ET AL. v. UNITED STATES, 374 U. S. 829. Petitions for rehearing by petitioners Brill and Gersh denied.

No. 660, Misc., October Term, 1962. MCKEE v. ILLINOIS, 374 U. S. 810;

No. 788, Misc., October Term, 1962. PALMER v. WAINWRIGHT, CORRECTIONS DIRECTOR, 374 U. S. 507;

No. 842, Misc., October Term, 1962. POPEKO v. UNITED STATES, 374 U. S. 835;

No. 885, Misc., October Term, 1962. JONES v. UNITED STATES, 374 U. S. 835;

No. 965, Misc., October Term, 1962. PARRY-HILL v. MCGARRAGHY, U. S. DISTRICT JUDGE, 374 U. S. 835;

No. 996, Misc., October Term, 1962. SHIPLEY v. OREGON, 374 U. S. 811; and

No. 997, Misc., October Term, 1962. STEIN v. UNITED STATES, 373 U. S. 918. Petitions for rehearing denied.